(115 So. 89)

## A. H. PEINHARDT v. J. M. WEST.
### (6 Div. 49.)

Supreme Court of Alabama.   Jan. 12, 1928.

Certiorari to Court of Appeals.

See, also, Peinhardt v. West, ante, p. 12, 115 So. 88 (6 Div. 943).

· Beddow & Ray, of Birmingham, for petitioner. Earney Bland, of Cullman, opposed.

THOMAS, J.   Petition of J. M. West for certiorari. to the ·Court of Appeals to review and revise the judgment and decision of that court in Peinhardt v. West, 115 So. 80.

Writ denied.·

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.